People v Pamperien (2025 NY Slip Op 06964)

People v Pamperien

2025 NY Slip Op 06964

Decided on December 16, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 16, 2025

No. 130 SSM 6 

[*1]The People & c., Respondent,
v
Gary Pamperien, Appellant.

Submitted by Genevieve M. Cahill, for appellant.
Submitted by Kim Marie Carson, for respondent.

MEMORANDUM:
The order of the Appellate Division should be affirmed, without costs.
Defendant's challenge to his designation as a sexually violent offender is moot because, after we granted leave, County Court removed that designation.
Defendant's challenges to his risk level classification, to the extent preserved, are meritless. The record supports the points assessed, and defendant's argument that he should have been granted a downward departure does not warrant reversal.
On review of submissions pursuant to section 500.11 of the Rules, order affirmed, without costs, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 16, 2025